# THE LAW FIRM OF
# César de Castro, P.C.
ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

**MEMO ENDORSED**

December 30, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020

*Via* **ECF and E-Mail**

The Honorable Valerie E. Caproni
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Carl Wilbright,* 20 Cr. 667 (VEC)
                  <u>Request for Additional Time for Co-Signer</u>

Dear Judge Caproni:

I respectfully request, with the government's consent, an additional week to obtain the necessary co-signer signatures for Mr. Wilbright's personal recognizance bond.

On December 18, 2020, Mr. Wilbright was arraigned and released pending trial. The court ordered Mr. Wilbright released on a $150,000 personal recognizance bond with other conditions, including that the bond be secured by the signature of three financially responsible individuals. Prior to his release, the court required Mr. Wilbright's signature as well as the signature of his daughter with which Mr. Wilbright will remain on home detention (and can serve as a financially responsible co-signer). The proposed co-signers have provided me with necessary documentation, however, due to unforeseen personal medical circumstances, I have been delayed reviewing those materials, providing them to the government, and coordinating with the government to provide those documents and arrange for the interviews for the remaining co-signers.

Accordingly, I respectfully request an additional week in order to obtain the necessary co-signers to Mr. Wilbright's personal recognizance bond. Again, the government does not object to this request. Thank you.

Respectfully submitted,

   /s/

César de Castro

Application GRANTED.

SO ORDERED.

*[signature]*

12/30/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: Christopher Clore
(Assistant United States Attorney *via* ECF)