USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

CARL WILBRIGHT,
TRAVIS BRECONIDGE,
QUASHAWN ESCALERA,
ISAIAH FREEMAN,
LUIS GARCIA,
RICARDO GARCIA,
STANLEY HAMPTON,
JAMEL MURRAY,

                               Defendants.

------------------------------------------------------------ X

20-CR-667 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial conference was held on January 11, 2021;

IT IS HEREBY ORDERED THAT:

1. The first trial in this case will begin on **October 18, 2021 at 10:00 a.m.** The second trial in this case will begin on **January 24, 2022 at 10:00 a.m.**

2. A status conference will be held on **April 14, 2021 at 2:30 p.m.**, at which point the Court will set a pretrial motions schedule.

**SO ORDERED.**

**Date: January 11, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**