```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA

    -against-

CARL WILBRIGHT,
TRAVIS BRECONIDGE,
QUASHAWN ESCALERA,
ISAIAH FREEMAN,
LUIS GARCIA,
RICARDO GARCIA,
STANLEY HAMPTON,
JAMEL MURRAY,

                 Defendants.
------------------------------------------------------------ X

20-CR-667 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 17, 2021, Defendants Carl Wilbright, Travis Breconidge, Quashawn Escalera, Luis Garcia, Ricardo Garcia, Stanley Hampton, and Jamel Murray were arraigned on the Superseding Indictment and pled not guilty;

    IT IS HEREBY ORDERED THAT:

1. The status conference currently scheduled for April 14, 2021 is adjourned to **May 13, 2021 at 3:30 p.m.**  The conference will be held **in person** unless the Court orders otherwise.

2. As previously directed, the first trial in this case will begin on **October 18, 2021 at 10:00 a.m.**  The second trial in this case will begin on **January 24, 2022 at 10:00 a.m.**

**SO ORDERED.**

**Date: March 17, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**