USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

CARL WILBRIGHT,
TRAVIS BRECONIDGE,
QUASHAWN ESCALERA,
ISAIAH FREEMAN,
LUIS GARCIA,
RICARDO GARCIA,
STANLEY HAMPTON,
JAMEL MURRAY,

                Defendants.

------------------------------------------------------------ X

20-CR-667 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Pretrial Services has identified an issue with the electronic monitoring element of Mr. Luis Garcia's pretrial release conditions;

IT IS HEREBY ORDERED THAT: A bail hearing for Mr. Luis Garcia will be held **in person** on **May 11, 2021 at 2:00 p.m**. in Courtroom 443. The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted. Members of the public may attend by dialing (888) 363-4749, using the access code 3121171 and the security code 0667. Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

Date: May 4, 2021
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**