```
                                                           ┌─────────────────────────────┐
                                                           │ USDC SDNY                   │
                                                           │ DOCUMENT                    │
                                                           │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT                               │ DOC #:_____       │
SOUTHERN DISTRICT OF NEW YORK                              │ DATE FILED: 5/6/2021        │
                                                           └─────────────────────────────┘
```

------------------------------------------------------------ X
  UNITED STATES OF AMERICA             :
                                           :        20-CR-667 (VEC)
        -against-                          :
                                           :             ORDER
  CARL WILBRIGHT,                   :
  TRAVIS BRECONIDGE,             :
  QUASHAWN ESCALERA,            :
  ISAIAH FREEMAN,                  :
  LUIS GARCIA,                         :
  RICARDO GARCIA,                  :
  STANLEY HAMPTON,                :
  JAMEL MURRAY,                     :
                                           :
                     Defendants.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a status conference is scheduled for May 13, 2021 at 3:30 p.m.;

    IT IS HEREBY ORDERED THAT:

1. Defendants Wilbright, Breconidge, Escalera, and Freeman must appear for the status conference on **May 13, 2021 at 3:30 p.m.** The conference will be held **in person** in Courtroom 110.

2. Defendants Luis Garcia, Ricardo Garcia, Hampton, and Murray must appear for the status conference on **May 13, 2021 at 4:30 p.m.** The conference will be held **in person** in Courtroom 110.

3. The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted. Members of the public may

attend by dialing (888) 363-4749, using the access code 3121171 and the security code 0667.  Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

**Date:  May 6, 2021**
   **New York, NY**                                      **VALERIE CAPRONI**
                                                         **United States District Judge**