```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA          :

                                         :       20-CR-667 (VEC)

        -against-                    :

                                         :       ORDER

   CARL WILBRIGHT,                   :
   TRAVIS BRECONIDGE,             :
   QUASHAWN ESCALERA,           :
   ISAIAH FREEMAN,                  :
   LUIS GARCIA,                          :

                                         :
                       Defendants.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the first trial in this case is tentatively scheduled to begin on October 18, 2021 at 10:00 a.m.;

      IT IS HEREBY ORDERED THAT:   The parties must appear for a status conference on **August 3, 2021 at 4:00 p.m.**   The parties must attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0667.  Any recording or rebroadcasting of the hearing is strictly prohibited.

**SO ORDERED.**

**Date:   July 29, 2021**
       **New York, NY**                                      **VALERIE CAPRONI**
                                                     **United States District Judge**