USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

CARL WILBRIGHT,
TRAVIS BRECONIDGE,
QUASHAWN ESCALERA,
ISAIAH FREEMAN,
LUIS GARCIA,

                      Defendants.

------------------------------------------------------------ X

20-CR-667 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 3, 2021, Mr. Wilbright, Mr. Breconidge, and Mr. Escalera appeared for a status conference;

    IT IS HEREBY ORDERED THAT:

1. No later than **August 5, 2021**, the Government must submit proposed trial groupings. Defendants' objections, if any, are due by **August 6, 2021**.

2. Motions *in limine* are due **August 20, 2021**. Oppositions are due **August 31, 2021**.

3. Requests to charge and proposed *voir dire* questions are due **September 17, 2021**.

4. The first trial in this case is tentatively scheduled to commence on **October 18, 2021 at 10:00 a.m**. The Court will inform the parties as soon as it receives a firm trial date, at which point the Court will set a final pretrial conference.

5. The status conference scheduled for September 7, 2021 at 10:00 a.m. is canceled.

6. In light of the logistical difficulties created by the COVID-19 pandemic, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between August 3, 2021 and October 18, 2021, is excluded under the Speedy Trial Act. The Court finds that the ends of

justice served by accommodating those logistical difficulties outweigh the Defendants' and the public's interests in a speedy trial.

**SO ORDERED.**

Date:  August 3, 2021
       New York, NY

_____
   VALERIE CAPRONI
**United States District Judge**