| | |
|---|---|
| THE LAW FIRM OF<br># CÉSAR DE CASTRO, P.C.<br>ATTORNEY AT LAW | 7 World Trade Center, 34th Floor<br>New York, New York 10007<br><br>646.200.6166 Main<br>212.808.8100 Reception<br>646.839.2682 Fax<br>www.cdecastrolaw.com |

**MEMO ENDORSED**

August 25, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2021

*Via* **ECF**

The Honorable Valerie E. Caproni
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Carl Wilbright,* 20 Cr. 667 (VEC)

Dear Judge Caproni:

I represent Carl Wilbright in the above-referenced matter. I move the Court, with the government's consent, to modify the terms of his personal recognizance bond to permit his travel to New Jersey to visit his grandchildren.

If granted, Mr. Wilbright intends to travel to New Jersey by car on the weekends to visit his grandchildren but will continue to reside in New York. The details of the location of the house where he will be visiting his family will be provided to Pretrial Services. As noted above, the government consent to this request.

Accordingly, I respectfully request that Mr. Wilbright's bond be modified to permit his travel to and from New Jersey.

Respectfully submitted,

*[signature]*

César de Castro

Application GRANTED.

SO ORDERED.

*[signature]*
8/25/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE