THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street – 602
New York, New York 10038
631.460.3951 Main
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

January 11, 2022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2022

*Via* ECF

The Honorable Valerie E. Caproni
U.S. District Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Carl Wilbright*, 20 Cr. 667 (VEC)

Dear Judge Caproni,

I write, with the consent of the government, to adjourn Mr. Wilbright's sentencing hearing for approximately one month from January 26, 2022, to a date and time convenient for the court the week of February 28, 2022, or later.

The defense needs additional time in order to obtain documents relevant to sentencing (letters in support and additional client medical records) and to meet with Mr. Wilbright in connection with sentencing.

Respectfully submitted,

/s/

César de Castro

cc:   Chris Clore
      Assistant United States Attorney (*via* ECF)

---

Application GRANTED. Mr. Wilbright's sentencing is adjourned to **March 3, 2022 at 2:30 p.m.** Sentencing will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Sentencing submissions are due by **February 17, 2022**.

SO ORDERED.

*[signature]*    1/11/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE