THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2022

February 14, 2022

*Via* ECF

The Honorable Valerie E. Caproni
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Carl Wilbright,* 20 Cr. 667 (VEC)

Dear Judge Caproni:

I represent Carl Wilbright in the above-referenced matter. I write, with the consent of the government, to respectfully request that the Court adjourn Mr. Wilbright's sentencing, which is currently scheduled for March 3, 2022, two months.

I regret to inform the Court that earlier this month my father suffered a stroke, and today his doctors have informed me that we will likely be moving him to hospice care. As such, I am traveling to Pennsylvania to meet with his doctors. Due to my personal circumstances, I need additional time to complete Mr. Wilbright's sentencing submission and prepare for his sentencing hearing.

Accordingly, I respectfully request, with the consent of the government, that Mr. Wilbright's sentencing be adjourned two months. I thank the Court for its consideration.

Respectfully submitted,

/s/

César de Castro

cc:    All Parties of Record (*via* ECF)

---

Application GRANTED. Mr. Wilbright's sentencing is adjourned to **May 4, 2022 at 3:30 p.m.** Sentencing will take place in person in Courtroom 443. Sentencing submissions are due by **April 20, 2022**.

SO ORDERED.

*[signature]*      2/14/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE