USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA           :
                                   :     20-CR-667 (VEC)
          -against-                :
                                   :     ORDER
CARL WILBRIGHT,                    :
                      Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Defendant's sentencing, previously scheduled for June 13, 2022 at 11:00 a.m., is adjourned to **Monday, June 27, 2022 at 11:30 a.m.** Sentencing will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

The parties are reminded that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which pertains to courthouse entry.

**SO ORDERED.**

Date: June 8, 2022
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**