USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA         :

                                                          :        20-CR-667 (VEC)

             -against-               :

                                                          :            ORDER
   CARL WILBRIGHT,                    :

                                    Defendant.       :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on June 27, 2022, Mr. Wilbright appeared for sentencing;

      IT IS HEREBY ORDERED that Mr. Wilbright must submit proof of having received his first dose of a COVID-19 vaccine to the Court by **Wednesday, June 29, 2022**.

      IT IS FURTHER ORDERED that if Mr. Wilbright does not show proof of vaccination, then he must surrender to the Metropolitan Detention Center by no later than **Thursday, June 30, 2022**. Otherwise, his surrender date will be **August 26, 2022**.

**SO ORDERED.**

**Date: June 27, 2022**
      **New York, NY**

                                                         **VALERIE CAPRONI**
                                                   **United States District Judge**