USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :      20-CR-667 (VEC)
         -against-                  :
                                    :      ORDER
CARL WILLBRIGHT,                    :
                                    :
                       Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 29, 2022, Mr. Willbright submitted proof of having received his first dose of a COVID-19 vaccine;

IT IS HEREBY ORDERED that Mr. Willbright must submit proof of having received his second dose of the COVID-19 vaccine to the Court by no later than **Friday, July 22, 2022**.

IT IS FURTHER ORDERED that if Mr. Willbright does not submit proof of vaccination by that date, then he must surrender to the Metropolitan Detention Center by no later than **Monday**, **July 25, 2022**. Otherwise, his surrender date will be **August 26, 2022**.

**SO ORDERED.**

Date:  July 1, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**